MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOSHUA HILL (CABN 250842)
Assistant U.S. Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Telefax: (510) 637-3724
   E-Mail: Joshua.Hill2@usdoj.gov

Attorneys for Plaintiff

FILED
DEC 3 1 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> ALBERT LUK, <br>     Defendant. | No. CR-07-0029- SBA <br><br> NOTICE OF DISMISSAL <br><br> (Oakland Venue) |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United Sates Attorney for the Northern District of California dismisses the above indictment without prejudice and moves that the Court quash the arrest warrant issued in connection with the indictment in this case.

DATED:    April 19, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
JOSHUA HILL
Assistant United States Attorney

NOTICE OF DISMISSAL

1  Leave is granted to the government to dismiss the indictment. It is further ordered that the
2  arrest warrant issued in connection with the indictment is quashed.
3
4  DATED: 12/31/12                              /s/ Saundra B Armstrong
5                                               HON. SAUNDRA BROWN ARMSTRONG
                                                 United States District Judge